IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO 04-0094-KD-C |
| ) | |
| UNITED STATES FIRE INSURANCE ) | |
| COMPANY, et al, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the court on plaintiff's motion to stay consideration of the motion to dismiss filed by Christopher Thomas, Inc., and Jason Tillery[1] until ten days after these defendants have been deposed (Doc. 202) and plaintiff's motion to stay consideration of the motion to dismiss of Golden Peanut Company LLC until the close of discovery. (Doc. 203).

After plaintiff filed its motion to stay consideration of the motion to dismiss (Doc. 202), plaintiff filed a motion to compel defendants to attend their depositions. (Doc. 212). The motion was denied by Magistrate Judge William E. Cassady (Doc. 222) and plaintiff appealed this decision. (Doc. 225). By separate order, the undersigned has denied plaintiff's appeal.

The record does not indicate whether the defendants were deposed during the discovery period such that the requested ten day period would begin to run. However, Magistrate Judge Cassady entered an order wherein he extended the discovery completion date to March 15, 2006 and the deadline for filing dispositive motions until April 3, 2006. (Doc. 215). Consequently, the motion to stay (Doc. 202) is **MOOT**. Also, because discovery has closed, plaintiff's motion to

---

[1] Defendants Golden Peanut Company, LLC (Doc. 201) and United States Fire Insurance Company (Doc. 200) joined in the motion to dismiss. (Doc. 196).

stay consideration of the motion to dismiss until the close of discovery (Doc. 203) is **MOOT**.

Because plaintiff has represented to the court that it needed additional discovery to respond to the motions to dismiss, plaintiff is **ORDERED** to file a response updating plaintiff's position as to the motions to dismiss filed by defendants Christopher Thomas, Inc., Jason Tillery,[2] Golden Peanut Company, L.L.C.,[3] and United States Fire Insurance on or before **April 3, 2006.**

**DONE** and **ORDERED** this 17th day of March, 2006.

      s / Kristi K. DuBose
      **KRISTI K. DuBOSE**
      **UNITED STATES DISTRICT JUDGE**

---

[2] In its motion, plaintiff stated that "[o]nly after Thomas and Tillery testify in this matter will Canal be able to evaluate whether Canal has an opposition to their motion to dismiss and/or whether Canal will consent to the motion being granted." (Doc. 202, ¶ 4).

[3] In its motion, plaintiff stated that "[o]nly after discovery has closed in this matter will Canal be able to evaluate whether Canal has an opposition to Golden Peanut's motion to dismiss and/or whether Canal will consent to the motion being granted." (Doc. 203, ¶ 4).